IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANUEL HERNANDEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLESCOUT, INC. and, SEATON, LLC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 12-1228 <br><br> Honorable Judge Gettleman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 11, 2012, at 9:15 a.m., we will appear before the Honorable Judge Gettleman or any Judge sitting in his stead in Courtroom 1703 of the Dirksen Federal Building, Chicago, Illinois, and will then and there present **Seaton LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead**.

Dated: April 4, 2012

                                                        Respectfully Submitted,

                                                        SEATON, LLC

                                                        By:   /s/ Sara E. Fletcher
                                                                    One of its Attorneys

John T. Roache
Melissa A. Siebert
Robert R. Brown
Sara E. Fletcher
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
312-372-1121

- 2 -

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that she caused the foregoing **Notice of Motion** to be served upon the following persons via the Court's CM/ECF system, which sends notification automatically when filed, on April 4, 2012:

Carlos Gerardo Becerra
122 South Michigan, Suite 1850
Chicago, IL 60603
312.753.6967
becerra_carlos@yahoo.com

By: /s/ Sara E. Fletcher